Wednesday
January 25th
in the year of our
Lord
two thousand twenty-three

11:23am Eastern Standard Time

Nagtpejutawin (Julia Catherine Stanley)
DOB- May 8th 1985

Versus

Floyd County Superior Court
&
State of Georgia

Jurisdiction is

Federal

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 26 2023

KEVIN P. WEIMER, Clerk
By: Kimberly Deputy Clerk

1:23-CV-0418

DEFAULT
JUDGEMENT
&
WRIT OF EXECUTION
30 days after
service if
ruled just &
lawful &

1 of 8

Arising under the most beautiful document of American history.

The United States Constitution

Respectfully,
 Jurisdiction is Federal

Findings of Fact

1) Per a judge's ruling, Nagipejutawin 1st Ammendment Right to petition government ~~DENIED~~ DENIED
 Floyd County Superior Court, per the Federal Rules, specifically confirm or deny specifically if Judge Niedrach ruled something to the effect of "she presented pieces of paper she called petitions" or anything similar at any time, ever

2) Gov. Kemp, please state if District Attorney for Rome GA is one of your workers & if she knows the Constit-

2 of 8

ution, meaning the United States Constitution, if she is an active member of the Georgia BAR, claims to "know law" &/or (specifically confirm or, per the Federal Rules, specifically deny) also if she knows:

- Due Process
- or
- Whole numbers
- or
- how to construct a timeline
- or
- to even type up the original 13 counts against me

3) Floyd County, GA Superior Court, please confirm or deny if you know what the term "Grand Jury" is or "Indictment" and also the two terms combined

4) Floyd County Superior Court please specifically tell "your side" of the National News story of Darrell

3 of 8

Lee Clark and Cain Joshua Storey, in which the Press claimed:

"Two Georgia Men who had been wrongfully imprisoned for more than two decades--"
— People (magazine)

and featured on

CNN
NBC & others

5) Specifically confirm or deny if Georgia Bureau of Investigation has ever investigated ANY Floyd Co. Clerk of Court, if so, how many/when, and if ever, the Clerk of Superior Court in Floyd County, GA.

6) Was Superior Court (Clerk of the Superior Court of Floyd County, Barbara Penson ever under GBI Investigation. Is she a radical pyromaniac who may have attacked, in arson or anything similar on the tax payer's money & in a Courthouse?

4 of 8

7) Georgia Governor Kemp, do you ever not answer constituents? if so, why? On or around October 6th 2022 would ever your employees conduct harassing phone calls while employed?

8) Does DFACS commonly take children without legal authority Ever? Specifically confirm or deny if so, who, what when where how, & WHY

9) Specifically confirm or deny if minor child of Traditional Way of Life (Lakota) Nagipejutawin, christian name "Julia Catherine Stanley" minor child LMNS. was taken on or Around May 16th 2022 on or around Main Elementary School located in Rome, GA Floyd County, GA.

10) Does Floyd Co. court ever work with Rome Police Department? Was "Julia Stanley on or around May 9th 2022 physically chased at her resident by police without warrant? Was she called "paranoid"? Was it before, during the "hot pursuit of a mother" or after?

5 of 8

11) Could Julia Stanley even get her legal LEGAL mail after being beaten with broken bones? Were the police used to make sure she could not recieve her legal mail? If so, would that be a Felony?

12) Has a Grand Jury Indictment of Nagipeyutanin (Julia Stanley) even occurred as of today, 1/25/2023 of the original "13 counts"? If not, does this violate her 5th & other Ammendment Rights?

13) Floyd County Court, does even an ordered "Bond Agreement" without Due process violate ANY Constitutional Ammendments Rights?

a) if so, which & per the Federal Rules specifically state which ones

6 of 8

14) Did "Julia Stanley" LMNVS minor child & DFACS case move on record for

Dismissal

a) if so, how long was child "removed without credibility" for, specifically state it

15) How many total days has Julia Stanley spent already & TOTAL money between here Silverdale Detention in Tenessee & Floyd County Jail?

16) Was Julia Stanley evicted while incarcerated through NWGHA while incarcerated?

a) was she able to even attend her court of eviction? If not state why

7 of 8

# Prayer For Relief

Should the federal court find it lawful & just, default judgement & writ of execution of entire sum of ~~Georgia~~ Georgia's funding to be matched in entirety to Nagipejutawin (Julia Stanley) for year 2022 & 2023 to help her & everyone heal from what she is requesting to Argue in multiple Federal Courts, Article 3 Section 3 of the most Beautiful United States Constitution.

More has happened, but time is 1:06pm EST and I have a Bond Revocation hearing tomorrow in Rome, GA. ALSO, PUBLIC & WRITTEN & PUBLIC/PUBLISHED Apology to Luke Martin, Rome, GA Attorney By Governor Brian Kemp & Cabinet & Senators Stating "Major Martin is a 2 time UNANIMOUS Supreme court winner & ALSO 'DOUBLE GOLD in Ju jutsu'

NAGIPEJUTAWIN
TRAD Native Ridge Repusht
Pine INAJIN

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

---

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS®**

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)  PHONE (   )

515 Cleveland Ake Rd
Westminster SC 29693

Notice of Federal Suit / W/8 & One Form
Commencing action / Summons / Action

**DELIVERY OPTIONS** (Customer Use Only)

☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)

**TO:** (PLEASE PRINT)  PHONE ( Attn: Clerks/Intermon 216 )

Richard B Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

← **PEEL FROM THIS CORNER**

---

30303
R2305H129282-21

CLEAR...

JAN 26 2023

EI 315 036 614 US

U.S. Marshals Service
Atlanta, GA 30303

**PAYMENT BY ACCOUNT** (if applicable)

**ORIGIN (POSTAL SERVICE USE ONLY)**

☒ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 29678
Scheduled Delivery Date: 1/26/23
Postage: $28.75

Date Accepted: 1/25/23
Scheduled Delivery Time: ☒ 6:00 PM

Time Accepted: 216 ☒ PM

Acceptance Employee Initials: CS

Total Postage & Fees: 28.75

**DELIVERY (POSTAL SERVICE USE ONLY)**

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996





**UNITED STATES POSTAL SERVICE®**



# UNITED STATES POSTAL SERVICE®  |  PRIORITY MAIL EXPRESS®



EMS

## LAT RATE ENVELOPE
E RATE ■ ANY WEIGHT

o schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

SIT US AT USPS.COM®
DER FREE SUPPLIES ONLINE



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

**GUARANTEED* ▪ TRACKED ▪ INSURED**