Notice of suit Summons for any & all parties One Action Commencing action

1:23-CV-0418

Federal suit money order included

28546246023

ution, including Georgia Constitution, if she is an active member of the Georgia BAR, claims to "know law" & for (specifically confirm or, per the Federal Rules, specifically deny) also if she knows:
- Due Process
- or
- whole numbers
- or
- how to construct a timeline
- or
- to even type up the original 13 counts against me

1/25/2023

3) Floyd County, GA Superior Court, please confirm or deny if you know what the term "Grand Jury" is or "Indictment" and also the two terms combined

4) Floyd County Superior Court please specifically tell "your side" of the National News story of Darrell