TO: Atlanta US District Court          March 22, 2023

From: Nagipejutawin / 1278161 Stanley   Jacket #:

2526 New Calhoun Hwy          One form of Action
                              Commencing
Rome, GA 30161                Action
                              Also referencing:
                              1:23-cv-00418-JPB
Emergency Motion for hearings  &
                              4:22-cv-00274-WMR

&

Writ of Hebeas Corpus

Motion for dismissal of charges &
          expungement

(& accepted an Informa Pauptis January 2023, Oconee County, SC)

Arising under the US Constitution & Geor-
gia's Constitution, US Constitution Ammend-
ments: 1,2,3,4,5,6,7,8,9,10, and 14th &
Georgia's Constitution Article 1 section 1, par-
agraphs 1-9, 11-15, and 29. I, christian name
Julia Stanley, real name Nagipejutawin, Tradi-
tional Native American Way of Life, please
ask the courts for an Emergency motion,
Writ of Hebeas Corpus, and should the courts
find what the State has done to me un-
lawful, unjust, or similar, motion for dis-
missal & expungement

Findings of Facts:
A year ago today, a single mother lived
in relative peace & Georgia resident.
On May 18th 2022, without legal authority

Page 1 of 6

and on school property, 3 people, one armed with a gun took physical possession of her minor child, LMWS age 7 years old at 3 Watters St. Rome, GA 30161. This fits the Federal Statutes of kidnapping, smuggling & coersion.

The kidnapping occured after police were used to harass, intimidate, and stalk my son & I.

For instance, on May 9th 2022, I was physically chased & my home occupied for hours without warrant or charge. This was not the only time we were stalked and harassed.

Fraudulent documents & libel were filed, I alledge, to cover up the states misdemenors to my son & I and felonies to us. I was beaten with broken bones May 2022. my car vandalized with about 4k worth of damage, and Rome Police were used to harass & intimidate me not to get my own legal mail. Housing Authority even 3tde.

I alledge malicious prosecution on the State as I am currently incarcerated without indictment. This breaks 3 constitutions & it has been over 9 months & the State has not dropped the charge/warrants

I have even been denied petitioning my

2 of 6

government at a judges level last summer.
I resorted to a federal suit, but none of
this should have happened. It's illegal
and unconstitutional
I desperately need a MRI and being denied
one. This is Cruel & Unusual Punishment,
and under 1983 and several other things
I shouldn't have erroneous & frivilous
warrants for efforts, I alledge, to cover
up the State's crimes.
I was arrested, violating SCS II Presentment
and Indictment (and others) Feb. 7, 2023
my Writ of habeas corpus ignored, held
past the 90 days, no Governor's Warrant,
and extradicted to Georgia. Without a
trial, I have been here in GA, since March
10, 2023.
All grievances have been exhausted &
many things ignored. The Law Library is
down & the Floyd Co Jail ignores requests
to go to the physical one, which likely
breaks federal law.
I've asked many times to be tested, as I
don't do drugs, but have been exposed to
diseases like HIV in places like Silverdale
Detention in TN, where Floyd Co got a dif-
ferent State, TN, to kidnap me on or around
June 17th, 2022.

I have lost everything & the State continues
to ignore their crimes against my son
& I, breaking the Constitutions & laws
I am being deprived of my life, liberty,
and property without the Procedural or
substantive Due Process, breaking the
Federal Rules For Criminal Procedure.
I am likely permantly disabled from
the State hunting me down & depriving
me of my rights.
I was a Mormon Sunday School teacher,
and single mother working to get out
of the projects & was approved for a
mortgage. I had to spend my money
on a lawyer & per the unconstitutional
Bond Agreement (which fits the Federal
Statute of a ligitimate ransom letter
due to me never being formally charged)
I am banned from Floyd Co & many con-
stitutional Rights forbidden to me
On or around September 2022, in a sep-
arate ruling in SC, honorable judge
Viki Snelgrove stated in a written ruling
that "DFACS likely acted outside their
jurisdiction" which their "prosecution" (aka
libel & fraud) moved on record for dismis-
sal also that month.
The Georgia/Floyd Co obsession with

Fishing Expeditions & Confirmation Bias Contines.

I would please like to petition a higher Court to look into these things & Floyd Co rulings. It seems odd to me the judges don't understand their jurisdictions or Constitutions. It seems odd to me that they view police harrassing me x 96 times in 45 days okay or normal. It seems odd to me I am spending time in jail again, for warrants the DA admits they can't type up.

I alledge these warrants are to silence me and cover up the State's crimes.

I am a victim & my rights broken... my body broken. Even forced into an institution where I was raped so badly 2 pairs of medical panties had blood all over them. Police did not help nor investigate even after I reported it. The Lack of Gross Negligence is criminal & I've gotten PTSD from all this Physically, I'm likely permenantly disabled.

May I ask & petition to the court for

Relief? Please

Prayer For Relief:

Immediate total expungement of the Frivilous Warrants & Temporary Protection Order signed to prevent Floyd Co from Stalking & harrassing me & my family or Contacts.

Immediate release from Floyd Co jail Written apology from Rome Police Dept. & training implimented regaurding Native American Way of life / "religion", as the practice of my Way of life falls under the US Constitution's 1st Ammendment & practicing it was hindered & villified.

Full Federal Investigation of Floyd Co juvenile Court & perhaps Motion for Impeachments for Floyd Co DA.s/judges / other government officials who participated or were witness to the felonies & misdemenors of the State & either aided, gave comfort or allowed it to continuing acting as an accomplice to the crimes & the defrauding of the US & Georgia taxpayer.

Punitive & Compensatory damages awarded to me to make me whole & discourage these unconstitutional crimes to be done.

-Nasirequtuwin- Julia Stanley March 22nd 2023 6of6

Maggie Jutawin/Stanley
Jacket # 107881
2526 New Calhoun Hwy
Rome, GA 30161

Atlanta US District Court
US courthouse
Richard B Federal Building
United States courthouse
2211 United States courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

The letter is being mailed from an inmate at the Floyd County Jail. The contents have not been reviewed.

FOREVER / USA

USA ★ FOREVER

CLEARED DATE
MAR 27 2023
U.S. Marshals Service
Atlanta, GA 30303

303033391B CO39