(WDNC Rev. 01/17) Summons in a Civil Action

**Civil Action No.**

1:23-cv-00418-SDC

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

FILED IN CLERK'S OFFICE
U.S.D.C. – Rome

APR 07 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

This summon for *(name of individual and title, if any)*
NAGI PE JUTAWIN
was received by me on *(date)* 4-7-23.

☐ I personally served the summons on the defendant at *(place)* 5 GOVERNMENT PLAZA # 326, ROME, GA 30161
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 4/07/23

_____
Server's signature

Lynn Kraut
Printed name and title

235 Rufus Lord Rd Westminster SC 29693
Server's address

**Additional information regarding attempted service, etc:**