TO: Northern GA District Court

April 14th 2023

From: Nagipejutawin
Julia Stanley Y127861
W-3 cell 216 Lockdown
2526 New Calhoun Hwy NE
Rome, GA 30161

Re: 1-23-CV-00418-SDG

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

APR 21 2023

KEVIN P. WEIMER
By: [signature]

## Request for Copy of #2 Labeled "Standing Order"

I am writing unto the courts if I may request item #2 Standing Order be mailed to me at the above address. I'm unsure when I will be able to be out of incarceration.

## Update on Transcripts

It seems as though the Superior Court of Floyd Co has recieved my request. On day 65 of continuous confinement, the "Bond Revocation" Hearing was held on which the judge stated they have recieved the communications, copied them & distributed them.
I have yet to have my files/cases nor transcripts. I am being denied that duty, so my defense is hindered & my suits as all I have is a #1 bendy pen & even being denied a hairbrush & my soap. I've experienced my 3rd physical attack while in custody & made the court aware of that as well April 13th 2023. I would still like to have transcripts of all my Floyd Co cases. Thank you, Julia Stanley 4/14/23

Nagipejutawin
Julea Stanley #127861
W-3 Cell 216 Lockdown
2526 New Calhoun Hwy NE
Rome, GA 30161

ATLANTA METRO 301
19 APR 2023 PM 4 L



FOREVER / USA

Northern GA District Court
US Courthouse
600 East First St.
Rome, GA 30161

CLEARED DATE
APR 21 2023

This letter is being mailed from an inmate at the Floyd County Jail. The contents have not been reviewed.

US Postal Service
Atlanta, GA 30303